G. David Rubin, SBN 181293
Marc V. Allaria, SBN 168960
Ruzan Stepanyan, SBN 299108
LITCHFIELD CAVO LLP
251 South Lake Avenue, Suite 750
Pasadena, CA 91101
Tel.: 626-683-1100
Fax: 626-683-1113
Email: rubin@litchfieldcavo.com
       allaria@litchfieldcavo.com
       stepanyan@litchfieldcavo.com

Attorneys for Defendant
INSIGHT INVESTIGATIONS, INC.

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED S. ADAN, as an individual,<br><br>Plaintiff,<br><br>vs.<br><br>INSIGHT INVESTIGATIONS, INC., a California corporation; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 3:16-cv-02807-GPC-WVG<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE**<br><br>Complaint filed:  October 12, 2016<br>Trial Date:  TBD |

**TO THE HONORABLE COURT:**

Plaintiff AHMED S. ADAN ("Plaintiff") and Defendant INSIGHT INVESTIGATIONS, INC. ("Defendant") (collectively "Parties") hereby submit this Notice of Settlement to notify the Court that the above-captioned action has been settled. The Parties are currently in the process of compiling the necessary written documentation to conclude the agreement and thus request 45 days from the filing of this Notice in which to file the Joint Motion to Dismiss *with prejudice*, pursuant to Federal Rules of

Civil Procedure Rule 41 and the Honorable Gonzalo P. Curiel's Civil Pretrial and Trial Procedures.

**IT IS SO STIPULATED:**

Dated: February 28, 2018

**DHF LAW, P.C.**

By */s/ Devin H. Fok*
Devin H. Fok
Attorney for Plaintiff,
AHMED S. ADAN

Dated: February 28, 2018

**LITCHFIELD CAVO LLP**

By */s/ Ruzan Stepanyan*
G. David Rubin
Marc V. Allaria
Ruzan Stepanyan
Attorneys for Defendant,
INSIGHT INVESTIGATIONS, INC.

# PROOF OF SERVICE

*Adan v. Insight Investigations, Inc.*
*San Diego Superior Court Case No.: 37-2016-00035771*

I, the undersigned, declare that: I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the instant case. My business address is 251 S. Lake Avenue, Suite 750, Pasadena, California 91101.

On February 28, 2018, I served the foregoing document described as **NOTICE OF SETTLEMENT OF ENTIRE CASE** on the interested party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows

        Devin Fok, Esq.
        DHF Law, Apc
        234 E. Colorado Boulevard, 8th Floor
        Pasadena, California 91101
        Tel.: (310) 430-9933
        Fax: (818) 484-2023
        ***Attorney for Plaintiff***

XXX   SERVED VIA THE COURT'S CM/ECF SYSTEM

XXX   **FEDERAL -** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 28, 2018, at Pasadena, California.

*/s/ Brandi A. Gonzales*
Brandi A. Gonzales

-1-
PROOF OF SERVICE