1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED S. ADAN, as an individual,<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>INSIGHT INVESTIGATIONS, INC., a California corporation; and DOES 1-10 inclusive,<br><br>　　　　Defendants. | CASE NO.: 3:16-CV-02807-GPC-WVG<br><br>**ORDER GRANTING THE PARTIES' STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO RULE 41** |

**IT IS HEREBY ORDERED THAT** the parties' stipulation to dismiss with prejudice is **GRANTED**. The parties are to bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated: April 16, 2018

Hon. Gonzalo P. Curiel
United States District Judge